## Commonwealth, Appellant, *v.* Olcott.

Argued June 3, 1902.   Appeal, No. 23, May T., 1902, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 297, for defendant, on appeal from tax settlement in case of Commonwealth v. Alcott, Ross & Scully Company.   Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ.   Affirmed.

*Frederic W. Fleitz,* deputy attorney general, and *John P. Elkin,* attorney general, for appellant.

*M. E. Olmsted,* with him *A. C. Stamm,* for appellee.

PER CURIAM, June 3, 1902:

Judgment affirmed on opinion of the court below, in Com. v. American Car and Foundry Company, ante, p. 302.

---

## Commonwealth, Appellant, *v.* National Tube Works Company.

Argued June 3, 1902.   Appeal, No. 1, May T., 1903, by plaintiff, from judgment of C. P. Commonwealth Docket, 1900, No. 13, for defendant, on appeal from tax settlement in case of Commonwealth v. National Tube Works Company.   Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ.   Affirmed.

*Frederic W. Fleitz,* deputy attorney general, and *John P. Elkin,* attorney general, for appellant.

*M. E. Olmsted,* with him *A. C. Stamm,* for appellee.

PER CURIAM, June 3, 1902:

Judgment affirmed on opinion of the court below in Com. v. American Car and Foundry Company, ante, p. 302.